## VANDEMARK v. ACTUATING FARM GATE CO.

Ohio Appeals, 9th Dist., Lorain Co.

Judges of the Second District sitting in place of Judges Pardee, Washburn and Funk of the 9th Dist.

313. CORPORATIONS—147. Bills, Notes and Checks—787. Mortgages.

1. Giving of note in payment of subscription to stock of private corporation, and giving of mortgage by corporation to secure its endorsement, are valid transactions.

2. Debt of corporation, in excess of amount allowed by charter, valid in absence of notice to party taking obligation.

Findlay & Meyers, Elyria, for Vandemark.

R. H. Rice, Elyria, for Savings Deposit Bk. & Tr. Co.

Fauver & Cheney, Elyria, Tolles, Hogsett, Ginn & Morley, and Wm. B. Cockley, Cleveland, for Elyria Iron & Steel Co.

KUNKLE, J.

1. Where a subscriber to the capital stock of a private corporation gave a promissory note in payment of such stock, and the company gave a mortgage to secure its indorsement, both the giving of the note and the securing of the note by the giving of a mortgage are valid transactions.

2. When a corporation incurs debts in excess of the amounts allowed by its charter, such indebtedness will be valid in the absence of notice to the party taking such obligation.

(Allread and Ferneding, JJ., concur.)

For reference to full opinion, see Omnibus Index, last page, this issue.